**Order filed November 1, 2012**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00899-CV
———————————

**MATTHEW T. DEARMOND, III, Appellant**

**V.**

**TEXAS DOW EMPLOYEES CREDIT UNION, Appellee**

---

**On Appeal from the County Court at Law # 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI0048400**

---

## O R D E R

The notice of appeal in this case was filed September 26, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the clerk of this court on or before **November 16, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM